LAW OFFICES OF JULIE M. MCCOY
JULIE M. MCCOY, Bar no. 129640
JACQUELYNE M. NGUYEN, Bar no. 249658
1670 SANTA ANA AVE., SUITE "K"
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax: (949) 722-8416

Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    vs.<br><br>EILEEN SAMOA, AKA EILEEN P. SAMOA,<br><br>            Defendant | No. CV A 11-2098<br><br>CONSENT JUDGMENT |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Eileen Samoa, aka Eileen P. Samoa, in the principal amount of $1,049.52 plus interest accrued to March 9, 2011, in the sum of $1,154.47; with interest accruing thereafter at 8% annually until entry of judgment, administration costs in the amount of $96.81, for a total amount of **$2,300.80**.

DATED: May 6, 2011        By:   Terry Nafisi
                                              Clerk of the Court

                                              A. Martinez
                                              Deputy Clerk
                                United States District Court